UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON R. STANLEY,<br><br>        Petitioner,<br><br>   -against-<br><br>WARDEN PLILER,<br><br>        Respondent. | 22-CV-9769 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Petitioner's letter at ECF No. 27 dated September 10, 2023. The letter was filed on the docket after the Court issued its September 22, 2023 Opinion and Order. In accordance with the Court's September 22, 2023 Opinion and Order, Petitioner's deadline to respond to the Government's memorandum in opposition to his petition for habeas relief was extended to **March 21, 2024**. If Petitioner requires any further extensions of the deadline, he may make a request via letter.

**SO ORDERED.**

Dated: October 2, 2023
     New York, New York

                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**