UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AARON R. STANLEY,  :
 :
       Petitioner,  :  1:22-cv-9769 (ALC)
 :
   -against-  :  **ORDER**
 :
WARDEN PLILER.,  :
 :
       Respondent.  :
 :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Petitioner's motion for leave to file an amended petition for habeas relief (ECF No. 29) and Petitioner's letter dated February 1, 2024 (ECF No. 30). The Government is ordered to file a response by June 11, 2024.

**SO ORDERED.**

**Dated:** May 28, 2024
     New York, New York

                                                    **HON. ANDREW L. CARTER, JR.**
                                                        **United States District Judge**