UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
AARON R. STANLEY,

          Petitioner,              1:22-cv-9769 (ALC)

        -against-                   **ORDER**

J. L. JAMISON.,

          Respondent.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Respondent's letter dated June 11, 2024. (ECF No. 32). Petitioner is granted leave to file an amended petition under 28 U.S.C. § 2241. The Court will accept Petitioner's amended petition as his reply brief in response to the Government's Opposition. (ECF No. 23). The Government is ordered to file a sur-reply by July 9, 2024.

**SO ORDERED.**

**Dated:** June 13, 2024

    New York, New York                        HON. ANDREW L. CARTER, JR.
                                                        United States District Judge