UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| AARON R. STANLEY, : | |
| : | |
| Petitioner, : | 1:22-cv-09769 (ALC) |
| : | |
| -against- : | **ORDER** |
| : | |
| J L JAMISON, : | |
| : | |
| Respondents. : | |
| : | |

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Petitioner's motion for partial summary judgment (ECF No. 41) and Petitioner's request for a ruling on that motion (ECF No. 43). The Government is ordered to file a response by **January 2, 2025**.

**SO ORDERED.**

**Dated: December 2, 2024**

    New York, New York                                 **HON. ANDREW L. CARTER, JR.**
                                                          **United States District Judge**